# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 11-00257-01-CR-W-DGK |
| ) | |
| BERNARD MANUEL, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court are Defendant's Motion to Suppress Evidence (Doc. 14), the Government's response (Doc. 18), United States Magistrate Judge Robert E. Larsen's Report and Recommendation recommending that the motion be denied (Doc. 27), the Defendant's objections to the Report and Recommendation (Doc. 30) and the Government's response (Doc. 31). The Court has also reviewed the suppression hearing transcript (Doc. 22).

After carefully reviewing the Magistrate's report and conducting an independent review of the record and applicable law, it is hereby ORDERED that United States Magistrate Judge Larsen's Report and Recommendation be ADOPTED. Defendant's Motion to Suppress Evidence (Doc. 14) is hereby DENIED.

**IT IS SO ORDERED**

Date: May 29, 2012      /s/ Greg Kays
                        GREG KAYS, JUDGE
                        UNITED STATES DISTRICT COURT